# Court of Appeals
# of the State of Georgia

ATLANTA,  August 12, 2022

*The Court of Appeals hereby passes the following order:*

## A22D0135. JATIN R. KUMAR v. ANDREA K. COLEMAN.

Andrea K. Coleman, the mother, filed a petition for writ of habeas corpus and motion for emergency return of minor child against Jatin R. Kumar, the child's biological father. The superior court granted the petition and motion, ordering the father to return the child to the mother's custody. The father filed an application for discretionary review in this Court which we granted. See Case No. A22D0135 (Dec. 1, 2021).

"When a parent withholds a child from the other parent in violation of a valid child custody order, the other parent may seek to secure the return of the child by filing a habeas corpus petition in the judicial circuit where the child is allegedly being detained illegally." *Bales v. Lowery*, 299 Ga. 200, 202 (2) (787 SE2d 166) (2016). See also OCGA §§ 9-14-1(b) & 9-14-2. Under our Constitution, the Supreme Court of Georgia has exclusive appellate jurisdiction over habeas corpus cases. See Ga. Const. of 1983, Art. VI, Sec. VI, Par III (4). Accordingly, jurisdiction over this application may lie in that Court. See *Saxton v. Coastal Dialysis & Med. Clinic,* 267 Ga. 177, 178 (476 SE2D 587) (1996) (Supreme Court has ultimate authority for determining appellate jurisdiction).

In accordance with the Supreme Court's instructions in *In the Interest of T. B.*, Case No. S21A1120 (Nov 1, 2021), pertaining to cases of this type, we hereby VACATE our prior order granting the application in this case and TRANSFER the application to the Supreme Court.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* __08/12/2022__

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*